------------------------------------------------------------x

IN RE COMBINED WORLD TRADE CENTER         :
AND LOWER MANHATTAN DISASTER SITE         :     **AFFIDAVIT OF**
LITIGATION (straddler plaintiffs)         :     **PERSONAL SERVICE**
                                          :
------------------------------------------------------------x

FREDDY PINZA,                             :
                                          :
            Plaintiff,            :
                                          :
   - against-                          :
                                          :
THE CITY OF NEW YORK, TULLY               :
CONSTRUCTION CO., INC,. TULLY             :
ENVIRONMENTAL INC., TULLY INDUSTRIES,     :     **Civil Action No. :**
INC., TURNER CONSTRUCTION COMPANY,        :     07-CV-10486
BOVIS LEND LEASE, INC., BOVIS LEND        :
LEASE LMB, INC., AMEC CONSTRUCTION        :
MANAGEMENT, INC., BECHTEL ASSOCIATES      :
PROFESSIONAL CORPORATION, BECHTEL         :
CONSTRUCTION, INC., BECHTEL               :
CORPORATION, BECHTEL ENVIRONMENTAL,       :
INC., BROOKFIELD FINANCIAL PROPERTIES,    :
L.P., BFP ONE LIBERTY PLAZA CO., LLC,     :
BLACKMON- MOORING- STEAMATIC              :
CATASTROPHE, INC., HILLMAN                :
ENVIRONMENTAL GROUP, 90 CHURCH            :
STREET LIMITED PARTNERSHIP, BOSTON        :
PROPETIES, INC.,WFP RETAIL CO. L.P.,      :
AMERICAN EXPRESS COMPANY, AMERICAN        :
EXPRESS BANK, LTD, AMERICAN EXPRESS       :
TRAVEL RELATED SERVICES COMPANY,          :
INC., LEHMAN BROTHERS, INC., LEHMAN       :
COMMERICAL PAPER INC., LEHMAN             :
BROTHERS HOLDINGS INC., AND BFP           :
TOWER C CO. LLC,                          :
                                          :
            Defendants.           :
------------------------------------------------------------x

      JORGE ANZOLA, being duly sworn, deposes and says:

      I am over 18 years of age, I am not a party to the action, and I reside in Queens County in the State of New York.

That on the 27th day of December, 2007, at approximately 2:48 pm at City of New York Law Department located at 100 Church Street 4th Floor, New York, New York 10007 deponent served the within copy of the Summons and Complaint upon The City of New York by delivering thereat a true copy of same to Tameka Merides- Gammon, Docketing Clerk an individual of suitable age and discretion

                                                                                       Jorge Anzola

Sworn to before me this
27th day of December, 2007

_____
Notary public

BEATRIZ DOLORES ARANA
Notary Public, State of New York
No. 01AR6132940
Qualified in Queens County
Commission Expires August 29, 20___