UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
IN RE COMBINED WORLD TRADE CENTER :
AND LOWER MANHATTAN DISASTER SITE :
LITIGATION (straddler plaintiffs) :
-----------------------------------------------------------------x
FREDDY PINZA, :

                Plaintiff, :

    - against- :

THE CITY OF NEW YORK, TULLY
CONSTRUCTION CO., INC,. TULLY
ENVIRONMENTAL INC., TULLY INDUSTRIES, :
INC., TURNER CONSTRUCTION COMPANY, :
BOVIS LEND LEASE, INC., BOVIS LEND
LEASE LMB, INC., AMEC CONSTRUCTION :
MANAGEMENT, INC., BECHTEL ASSOCIATES :
PROFESSIONAL CORPORATION, BECHTEL
CONSTRUCTION, INC., BECHTEL
CORPORATION, BECHTEL ENVIRONMENTAL, :
INC., BROOKFIELD FINANCIAL PROPERTIES, :
L.P., BFP ONE LIBERTY PLAZA CO., LLC,
BLACKMON- MOORING- STEAMATIC
CATASTROPHE, INC., HILLMAN
ENVIRONMENTAL GROUP, 90 CHURCH
STREET LIMITED PARTNERSHIP, BOSTON
PROPETIES, INC.,WFP RETAIL CO. L.P.,
AMERICAN EXPRESS COMPANY, AMERICAN :
EXPRESS BANK, LTD, AMERICAN EXPRESS
TRAVEL RELATED SERVICES COMPANY, :
INC., LEHMAN BROTHERS, INC., LEHMAN
COMMERICAL PAPER INC., LEHMAN
BROTHERS HOLDINGS INC., AND BFP
TOWER C CO. LLC, :

                Defendants. :
-----------------------------------------------------------------x

**AFFIDAVIT OF PERSONAL SERVICE**

**Civil Action No.:**
07-CV-10486

Stephanie Lopez, being duly sworn, deposes and says:

    I am over 18 years of age, I am not a party to the action, and I reside in Bronx County in the State of New York.

That on the 4th day of January 2008, at approximately 10:45 a.m. at Ct Corporation located at 111 8th Avenue, New York, New York 10011, deponent served the within copy of the Summons and Complaint upon Bechtel Associates Professional Corporation by delivering thereat a true copy of same to Aixa Flores, process specialist, an individual of suitable age and discretion. Deponent describes person served as aforesaid to the best of deponent's ability at the time and circumstances of service as follows: Female Hispanic, brown skin, black hair, approx. 30-35, height approx. 5'4"-5'7"

                                       _/s/ Stephanie Lopez_
                                        Stephanie Lopez

Sworn to before me this
4th day of January 2008

_____
Notary public

BEATRIZ DOLORES ARANA
Notary Public, State of New York
No. 01AR6132940
Qualified in Queens County
Commission Expires August 29, 20 09