UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
IN RE COMBINED WORLD TRADE CENTER  :  **AFFIDAVIT OF**
AND LOWER MANHATTAN DISASTER SITE  :  **PERSONAL SERVICE**
LITIGATION (straddler plaintiffs)  :
------------------------------------------------------------x
FREDDY PINZA,                       :

              Plaintiff,    :

   - against-                       :

THE CITY OF NEW YORK, TULLY         :
CONSTRUCTION CO., INC,. TULLY       :
ENVIRONMENTAL INC., TULLY INDUSTRIES, :   **Civil Action No. :**
INC., TURNER CONSTRUCTION COMPANY,  :   07-CV-10486
BOVIS LEND LEASE, INC., BOVIS LEND  :
LEASE LMB, INC., AMEC CONSTRUCTION  :
MANAGEMENT, INC., BECHTEL ASSOCIATES :
PROFESSIONAL CORPORATION, BECHTEL   :
CONSTRUCTION, INC., BECHTEL         :
CORPORATION, BECHTEL ENVIRONMENTAL, :
INC., BROOKFIELD FINANCIAL PROPERTIES, :
L.P., BFP ONE LIBERTY PLAZA CO., LLC, :
BLACKMON- MOORING- STEAMATIC        :
CATASTROPHE, INC., HILLMAN          :
ENVIRONMENTAL GROUP, 90 CHURCH      :
STREET LIMITED PARTNERSHIP, BOSTON  :
PROPETIES, INC.,WFP RETAIL CO. L.P., :
AMERICAN EXPRESS COMPANY, AMERICAN  :
EXPRESS BANK, LTD, AMERICAN EXPRESS :
TRAVEL RELATED SERVICES COMPANY,    :
INC., LEHMAN BROTHERS, INC., LEHMAN :
COMMERICAL PAPER INC., LEHMAN       :
BROTHERS HOLDINGS INC., AND BFP     :
TOWER C CO. LLC,                    :

             Defendants.   :
------------------------------------------------------------x

   Stephanie Lopez, being duly sworn, deposes and says:

   I am over 18 years of age, I am not a party to the action, and I reside in Bronx County in the State of New York.

That on the 4th day of January 2008, at approximately 10:45 a.m. at Ct Corporation located at 111 8th Avenue, New York, New York 10011, deponent served the within copy of the Summons and Complaint upon Blackmon- Mooring- Steamatic Catastrophe, Inc., by delivering thereat a true copy of same to Aixa Flores, process specialist, an individual of suitable age and discretion. Deponent describes person served as aforesaid to the best of deponent's ability at the time and circumstances of service as follows: Female Hispanic, brown skin, black hair, approx. 30-35, height approx. 5'4"-5'7"

                                                    /s/ Stephanie Lopez

Sworn to before me this
4th day of January 2008

_____
Notary public

BEATRIZ DOLORES ARANA
Notary Public, State of New York
No. 01AR6132940
Qualified in Queens County
Commission Expires August 29, 20__