Richard E. Leff, Esq. (RL-2123)
McGIVNEY & KLUGER, P.C.
80 Broad Street, 23rd Floor
New York, New York 10004
(212) 509-3456

Attorneys for Defendants:
AMERICAN EXPRESS COMPANY, AMERICAN
EXPRESS BANK, LTD. and AMERICAN EXPRESS
TRAVEL RELATED SERVICES COMPANY, INC.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X    21 MC 103 (AKH)

FREDDY PINZA,                                                     Index No.: 07-CV-10486

                           Plaintiff(s),            **NOTICE OF ADOPTION OF ANSWER**
                                                  **TO MASTER COMPLAINT**
   -against-
                                                  **ELECTRONICALLY FILED**

THE CITY OF NEW YORK, TULLY
CONSTRUCTION CO., INC., TULLY
ENVIRONMENTAL INC., TULLY
INDUSTRIES, INC., TURNER
CONSTRUCTION COMPANY, BOVIS LEND
LEASE, INC.,
                           Defendant(s).
------------------------------------------------------------X

      PLEASE TAKE NOTICE that Defendants, AMERICAN EXPRESS COMPANY, AMERICAN EXPRESS BANK, LTD and AMERICAN EXPRESS TRAVEL RELATED SERVICES COMPANY, INC., by their attorneys, McGIVNEY & KLUGER, P.C., as and for their Response to the allegations set forth in the Complaint by Adoption (Check-Off Complaint) Related to the Master Complaint filed in the above-referenced action, hereby adopt their Answer to Master Complaint dated July 31, 2007, which was filed in the matter of *In Re World Trade Center Lower Manhattan Disaster Site Litigation*, 21 MC 103 (AKH).

      WHEREFORE, the defendants, AMERICAN EXPRESS COMPANY, AMERICAN EXPRESS BANK, LTD and AMERICAN EXPRESS TRAVEL RELATED SERVICES COMPANY, INC., demand judgment dismissing the above-captioned action as against them,

together with their costs and disbursements and for such other and further relief as this Court deems just and proper.

Dated: New York, New York
      January 10, 2008

                        Yours etc.,

                        McGIVNEY & KLUGER, P.C.
                        Attorneys for Defendants
                        AMERICAN EXPRESS COMPANY, AMERICAN
                        EXPRESS BANK, LTD and AMERICAN
                        EXPRESS TRAVEL RELATED SERVICES
                        COMPANY, INC.

                        By: _____
                        Richard E. Leff (RL-2123)
                        80 Broad Street, 23rd Floor
                        New York, New York 10004
                        (212) 509-3456

TO: OSHMAN & MIRISOLA, LLP
42 Broadway, 10th Floor
New York, New York
10004
(212) 233-2100

All Defense Counsel