Richard E. Leff, Esq. (RL-2123)
McGIVNEY & KLUGER, P.C.
80 Broad Street, 23rd Floor
New York, New York 10004
(212) 509-3456

Attorneys for Defendants:
90 CHURCH STREET LIMITED PARTNERSHIP
and BOSTON PROPERTIES, INC.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X   21 MC 103 (AKH)

FREDDY PINZA,                                              Index No.: 07-CV-10486

                      Plaintiff(s),

      -against-                                        **NOTICE OF ADOPTION OF ANSWER
                                                                      TO MASTER COMPLAINT**

THE CITY OF NEW YORK, TULLY                                **ELECTRONICALLY FILED**
CONSTRUCTION CO., INC., TULLY
ENVIRONMENTAL INC., TULLY
INDUSTRIES, INC., TURNER
CONSTRUCTION COMPANY, BOVIS LEND
LEASE, INC.,
                      Defendant(s).
------------------------------------------------------------X

      PLEASE TAKE NOTICE that Defendants, 90 CHURCH STREET LIMITED PARTNERSHIP and BOSTON PROPERTIES, INC., by their attorneys, McGIVNEY & KLUGER, P.C., as and for their Response to the allegations set forth in the Complaint by Adoption (Check-Off Complaint) Related to the Master Complaint filed in the above-referenced action, hereby adopt their Answer to Master Complaint dated August 2, 2007, which was filed in the matter of *In Re World Trade Center Lower Manhattan Disaster Site Litigation*, 21 MC 103 (AKH).

      WHEREFORE, the defendants, 90 CHURCH STREET LIMITED PARTNERSHIP and BOSTON PROPERTIES, INC., demand judgment dismissing the above-captioned action as

against them, together with their costs and disbursements and for such other and further relief as this Court deems just and proper.

Dated: New York, New York
       January 10, 2008

                              Yours etc.,

                              McGIVNEY & KLUGER, P.C.
                              Attorneys for Defendants
                              90 CHURCH STREET LIMITED PARTNERSHIP
                              and BOSTON PROPERTIES, INC.

                              By: _____
                                  Richard E. Leff (RL-2123)
                                  80 Broad Street, 23rd Floor
                                  New York, New York 10004
                                  (212) 509-3456

TO:    OSHMAN & MIRISOLA, LLP
           42 Broadway, 10th Floor
           New York, New York 10004
           (212) 233-2100

           All Defense Counsel