# AFFIDAVIT OF SERVICE

01/04/2008

SHERIFFS NUMBER: S08000162     DEFENDANT SEQUENCE 1 OF 1
TYPE OF SERVICE...     Summons and Complaint

I, RALPH FROEHLICH, SHERIFF OF UNION COUNTY, DO HEREBY DEPUTIZE **STEPHEN LANZANO** AND APPOINT TO BE MY DEPUTY, TO EXECUTE AND RETURN THE WRIT ACCORDING TO LAW.

| ATTORNEY | CHECK # | AMOUNT |
|---|---|---|
| OSHMAN & MIRISOLA, LLP - COUNSELLORS<br>42 BROADWAY<br>10TH FLOOR<br>NEW YORK, NY 10004 | 8976<br><br>CONTROL # 13684 | 28.00 |

## COURT DATA

ASOHNEN

COURT OF ISSUANCE: US District Court
WRIT EXPIRATION:     STATE: NY     COUNTY OF VENUE: Southern District
COURT DOCKET #: 07CV10486     **CAPTION OF CASE**
NAME:     FREDDY PINZA
    VS     THE CITY OF NEW YORK, ET ALS.

### DEFENDANT OR NAMED WITHIN TO BE SERVED

NAME: **HILLMAN ENVIORONMENTAL GROUP, LLC.**
ADDRESS: **1600 ROUTE 22 EAST, UNION, NJ 07083**

### PAPERS SERVED

SUMMONS & COMPLAINT, **OUT OF STATE REQUIRE DESCRIPTION**

### SERVICE DATA RECORDED

[X] SERVED SUCCESSFULLY     [ ] UNABLE TO SERVE     NUMBER OF ATTEMPTS ____
DATE: 1/9/08     TIME: 13:20

REMARKS: ____

[ ] PERSONALLY DELIVERED     [ ] OFFICER     [ ] MANAGING AGENT     [ ] REGISTERED AGENT
[ ] COPY LEFT WITH COMPETENT HOUSEHOLD MEMBER     [X] AGENT AUTHORIZED TO ACCEPT
[ ] IS IN THE MILITARY     [ ] NOT IN THE MILITARY

PERSON SERVED: ELAINE BENTLEY - ENVIRONMENTAL HEALTH AND SAFETY COORDINATOR
(TITLE/RELATIONSHIP)

SEX: [ ] MALE [X] FEMALE
SKIN: [X] WHITE [ ] BLACK [ ] YELLOW [ ] BROWN [ ] RED
HEIGHT: [ ] UNDER 5 FT. [X] 5.0 - 5.6 FT. [ ] 5.7 - 6.0 FT. [ ] OVER 6 FT.
WEIGHT: [ ] UNDER 100 LBS. [X] 100 - 150 LBS. [ ] 151 - 200 LBS. [ ] OVER 200 LBS.
HAIR: [ ] BLACK [X] BROWN [ ] BLOND [ ] GRAY [ ] RED [ ] WHITE [ ] BALDING
AGE: [ ] 14 - 20 [ ] 21 - 35 [X] 36 - 50 [ ] 51 - 65 [ ] OVER 65

SWORN TO AND SUBSCRIBED
BEFORE ME ON FRANCES DIDONATO
NOTARY PUBLIC OF NEW JERSEY
My Commission Expires Dec. 3, 2009

SIGNATURE
SHERIFF'S OFFICER OF UNION COUNTY
STATE OF NEW JERSEY